UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Cartier International, N.V.,
et al.,

        Plaintiff(s),

        -against-

QVC, Inc., et al.

        Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/09

ORDER OF DISCONTINUANCE

09 Civ. 1313 (SHS)(FM)

It having been reported to this Court that the above entitled action has been settled, as against TWI watches and QVC insofar as the claims arise out of its dealings with TWI, and the two parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with/~~without~~ prejudice and ~~with~~/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               June 5, 2009

                                                  FRANK MAAS
                                         United States Magistrate Judge

_____        _____
Attorney(s) for Plaintiff                     Attorney(s) for Defendant

Agreed and Consented to:             Agreed and Consented to:

_____        _____