```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CARTIER INTERNATIONAL, N.V., et al.,        :

                Plaintiffs,                 :    ORDER

        -against-                           :    09 Civ. 1313 (SHS)(FM)

QVC, INC., et al.,                          :

                Defendants.                 :

------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/09

**FRANK MAAS,** United States Magistrate Judge.

Pursuant to the telephone conference held earlier today, it is hereby ORDERED that any motion by plaintiffs to enforce the alleged injunctive relief provisions of the settlement agreement shall be served and filed by July 17, 2009. Defendants QVC and TWI shall serve and file their opposition papers by July 31, 2009, and plaintiffs may serve and file their reply papers by August 7, 2009.

SO ORDERED.

Dated:   New York, New York
         July 1, 2009

                                              _____
                                              FRANK MAAS
                                              United States Magistrate Judge

Copies to:

Hon. Sidney H. Stein
United States District Judge

Milton Springut, Esq.
Tal S. Benschar, Esq.
Kalow & Springut LLP
Fax: (212) 813-9600

Max Moskowitz, Esq.
Art C. Cody, Esq.
Ostrolenk, Faber, Gerb & Soffen, LLP
Fax: (212) 382-0888