USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CARTIER INTERNATIONAL, N.V., *ET ANO*,  :   09 Civ. 1313 (SHS)

              Plaintiffs,  :

    -against-  :   ORDER

QVC, INC., *ET AL.*,  :

             Defendants.  :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.     QVC, Inc. shall file a redacted version of (1) Exhibit B to Milton Springut, Esq.'s declaration dated July 17, 2009, and (2) the proposed addendum to the proposed order;

    2.     QVC,'s response to Cartier's motion to enforce the settlement agreement is due on or before August 7, 2009; and

    3.     Cartier's reply to the motion is due on or before August 17, 2009.

Dated: New York, New York
       August 4, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.