UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

CARTIER INTERNATIONAL, N.V., et al.,    :

                Plaintiffs,    :    **ORDER**

   - against -    :    09 Civ. 1313 (SHS)(FM)

QVC, INC., et al.,    :

                Defendants.    :

----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the telephone conference held yesterday, it is hereby ORDERED that:

1. Plaintiffs' Document Request Nos. 21 through 25 are denied.

2. Plaintiffs' Document Request Nos. 26 and 27 are granted to the extent that QVC shall provide the plaintiffs copies of any policies or procedures that were in effect during the period of the alleged infringement.

3. QVC's discovery requests are denied without prejudice to a later application.

4. By November 5, 2009, Mr. Moskin and Ms. Brody shall send plaintiffs' counsel a letter clarifying the extent to which each of them represents QVC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/09

      5.     By February 1, 2010, the defendants shall respond to Cartier's Interrogatory No. 9.

SO ORDERED.

Dated:    New York, New York
            October 30, 2009

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Sidney H. Stein
United States District Judge

Milton Springut, Esq.
Tal S. Benschar, Esq.
Kalow & Springut LLP
Fax: (212) 813-9600

Jonathan Moskin, Esq.
Foley & Lardner LLP
Fax: (212) 687-2329

Max Moskowitz, Esq.
Fax: (212) 382-0888

Lauren R. Brody, Esq.
Brody & Browne LLP
Fax: (212) 208-4610